UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IRON WORKERS' LOCAL NO. 25 PENSION FUND;
IRON WORKERS' LOCAL UNION NO. 25
INDIVIDUAL ACCOUNT RETIREMENT FUND;
IRON WORKERS' HEALTH FUND OF EASTERN
MICHIGAN; IRON WORKERS LOCAL NO. 25
VACATION PAY FUND; and IRON WORKERS'
APPRENTICE FUND OF EASTERN MICHIGAN,
Trust Funds Established and Administered
Pursuant to Federal Law,

      Plaintiffs,

v.

STEEL SET CONSTRUCTION COMPANY, a Michigan
Corporation and DOUGLAS BURGESS, Individually,

      Defendants.
_____/

Case No. 03-74222
Hon. Gerald E. Rosen

**ALEXANDRA C. AKAS (P64004)**
Sullivan, Ward, Asher & Patton, P.C.
25800 Northwestern Hwy., Suite 1000
P.O. Box 222
Southfield, Michigan
(248)746-0700
_____/

### ORDER ON PLAINTIFFS' MOTION TO SHOW CAUSE AND TO APPOINT RECEIVER

At a session of said Court, held in the
City of Detroit, County of Wayne, and
State of Michigan on: October 17, 2006

PRESENT: Honorable  Gerald E. Rosen
                              U.S. District Court Judge

Plaintiffs having filed their Motion to Show Cause and To Appoint Receiver against Defendants, a hearing having been held on September 28, 2006, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant Douglas Burgess shall appear at Plaintiffs' counsel's office, 25800 Northwestern Highway, Suite 1000, Southfield, Michigan 48075, on the first Wednesday of each month, beginning on Wednesday, October 4, 2006 at 1:00 p.m., for the next six months to provide an accounting of his household income and expenses to Plaintiffs.  This accounting shall include Defendant Douglas Burgess' production of his household bank account records, paychecks, records of household bills, payments, expenditures and all household income of any nature whatsoever, including but not limited to, any compensation received from employment, whether of monetary or other value, cash or other form of monetary payments received from any source, loans, insurance payments, disability payments, social security payments, pension payments, or other state assistance.

**IT IS FURTHER ORDERED** that Defendants shall pay Plaintiffs the $4,012.50 in costs Plaintiffs incurred in pursuing their Motion to Show Cause and to Appoint Receiver. These fees and costs shall be added to the Judgment of $88,470.13 obtained against Defendants on June 22, 2005, such that the total judgment owed by Defendants to Plaintiffs shall be $92,482.63.

        s/Gerald E. Rosen
        Gerald E. Rosen
        United States District Judge

Dated:  October 17, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 17, 2006, by electronic and/or ordinary mail.

        s/LaShawn R. Saulsberry
        Case Manager